UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHELLI R. JACKS, | : | Case No. 3:15-cv-309 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | |
| vs. | : | Magistrate Judge Michael J. Newman |
| | : | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : : | |
| | : | |
| Defendant. | | |

## DECISION AND ENTRY

This is an action under 42 U.S.C. § 405(g) for review of the decision of the Commissioner of the Social Security Administration denying Plaintiff Chelli R. Jacks' application for Disability Insurance Benefits and/or Supplemental Security Income. On February 10, 2017, Magistrate Judge Michael J. Newman entered a Report and Recommendation, which recommended that the Court affirm the Commissioner's decision. (Doc. 11)  Plaintiff filed Objections to the Report and Recommendation, in response to which the Commissioner rested on the arguments in her Memorandum in Opposition to Plaintiff's Statement of Specific Errors. (Docs. 9, 12, 13.)

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court made a *de novo* review of the record. Upon said review, the Court finds that Plaintiff's Objections (Doc. 12) are not well taken and are hereby **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 11) in its entirety and **AFFIRMS** the Commissioner's non-disability decision. The Clerk is **ORDERED** to terminate this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, March 27, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE